**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

## CATEGORY SHEET

1. Title of Case (Name of first party on each side only:)

   <u>VERONICA LEE BARNES vs.</u>
   <u>PUERTO VEN QUARRY CORPORATION, et al.</u>

2. Category in which case belongs: (See Local Rules)

      **X**    ORDINARY CIVIL CASE
   _____ SOCIAL SECURITY
   _____ BANK CASE
   _____ INJUNCTION

3. Title and number, if any, of related cases (See Local Rules)

   <u>N/A</u>

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?

           [ ] Yes    [X] No

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 USC 2284?

           [ ] Yes    [X] No

6. Does this case question the constitutionality of a state statute (FRCP 24)?

           [ ] Yes    [X] No

(Please Print)
ATTORNEYS' NAMES and ID NO:

|  |  |
|---|---|
|  | MARTINEZ, ODELL & CALABRIA |
|  | Humberto Guzmán-Rodríguez USDC NO. PR 128308 |
|  | Cristina Belaval-Burger USDC NO. PR 219809 |
| MAILING ADDRESS: | <u>PO BOX 19098, SAN JUAN, PR 00919-0998</u> |
| TELEPHONE NO.: | <u>(787) 753-8914</u> |
| FAX NO.: | <u>(787) 764-5664; (787) 764-5614</u> |