

# CURRENT ADDRESS NOTICE

PLEASE, INCLUDE THIS NOTICE WITH THE FILING OF YOUR CIVIL COVER SHEET AND COMPLAINT. YOU HAVE AN ONGOING RESPONSIBILITY TO KEEP THE COURT INFORMED OF YOUR CURRENT ADDRESS.

NOTICES MAY NOT BE RECEIVED IF YOU DO NOT COMPLY WITH THIS REQUEST.

| NAME | HUMBERTO GUZMAN-RODRIGUEZ   USDCPR: 128308<br>CRISTINA BELAVAL-BURGER   USDCPR: 219809 |
|---|---|
| MAILING ADDRESS | MARTÍNEZ, ODELL & CALABRIA<br>P.O. BOX 190998<br>San Juan, Puerto Rico 00919-0998 |
| USDC # | 128308 |
| TELEPHONE | Tel.: (787) 274-2978 |
| FAX | Fax: (787) 764-5664/5614 |

E-Mail: hguzman@mocpr.com
cbelaval@mocpr.com