IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VERONICA LEE BARNES,<br>      Plaintiff<br><br>            v.<br><br>PUERTO RICO VEN QUARRY<br>CORPORATION, ET AL.,<br>      Defendants | CIVIL NO.  03-2358 (GAG/MEL) |

## JUDGMENT

In accordance with the order issued today (Docket 242), the Court hereby dismisses with prejudice all claims in this case against plaintiff and defendants.  The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of June, 2008.

                                        s/ Marcos E. López                              
                                        UNITED STATES MAGISTRATE JUDGE